**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

YOSVANY ARRASCAETA BORIS,

Petitioner,

v.

Case No. 2:26-cv-02472-MIS-SCY

WARDEN, Torrance County Detention Center; MARY DE ANDA-YBARRA, El Paso ICE Field Office Director; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; TODD BLANCHE, Attorney General; and MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Yosvany Arrascaeta Boris and against Respondents Markwayne Mullin, Mary De Anda-Ybarra, David Venturella, Todd Blanche, and Warden, Torrance County Detention Center.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE